# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

_____

BUREAU OF CONSUMER
FINANCIAL PROTECTION,

      Plaintiff,

v.

FORSTER & GARBUS, LLP

      Defendant.

_____

Civil Action No. 2:19-cv-02928-SJF-ARL

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Forster & Garbus, LLP hereby states that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock. Forster & Garbus, LLP is a limited liability partnership and has no outstanding stock.

Date: July 16, 2019

Respectfully submitted,

CLARK HILL PLC

By:   /s/Bradford G. Hughes
Bradford G. Hughes
*ADMITTED PRO HAC VICE*
CLARK HILL PLC
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 417-5107 Fax: (213) 488-1178
Email: bhughes@clarkhill.com

CLARK HILL PLC

By:   /s/Steven Richman

        Steven Richman
        CLARK HILL PLC
        830 Third Avenue, Suite 200
        New York, NY 10022
        Tel: (646) 395-8580 Fax:(646) 395-8700
        Email:  srichman@clarkhill.com

        Clark Hill PLC

By:   /s/Joann Needleman
        Joann Needleman
        *PRO HAC VICE (PENDING)*
        CLARK HILL PLC
        One Commerce Square
        2005 Market St, Suite 1000
        Philadelphia, PA 19103
        Tel: (215) 640-8536 Fax: (215) 640-8501
        Email: jneedleman@clarkhill.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

BUREAU OF CONSUMER
FINANCIAL PROTECTION,

    Plaintiff,

v.

FORSTER & GARBUS, LLP

    Defendant.

_____

Civil Action No. 2:19-cv-02928-SJF-ARL

**RULE 7.1 DISCLOSURE STATEMENT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Defendant's, Forster & Garbus, LLP, foregoing RULE 7.1 DISCLOSURE STATEMENT is being served by electronic service through the filing of this document electronically through ECF upon all attorneys of record.

Alanna Gayle Buchanan Carbis
Consumer Financial Protection Bureau
Office of Enforcement
1700 G Street, NW
Washington, DC 20552
alanna.carbis@cfpb.gov

Barry E. Reiferson
Bureau of Consumer Financial Protection
1700 G Street, NW
Washington, DC 20552
barry.reiferson@cfpb.gov

Hai Binh Nguyen
Consumer Financial Protection Bureau
1700 G St NW
Washington, DC 20552
202-435-7251
haibinh.nguyen@cfpb.gov

Date:  July 16, 2019	Respectfully submitted,
**CLARK HILL PLC**

By:    */s/Bradford G. Hughes*
Bradford G. Hughes
*ADMITTED PRO HAC VICE*
CLARK HILL PLC
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 417-5107 Fax: (213) 488-1178
Email:  bhughes@clarkhill.com

**CLARK HILL PLC**

By:    */s/Steven Richman*
Steven Richman
CLARK HILL PLC
830 Third Avenue, Suite 200
New York, NY 10022
Tel: (646) 395-8580 Fax:(646) 395-8700
Email:  srichman@clarkhill.com

**CLARK HILL PLC**

By:    */s/Joann Needleman*
Joann Needleman
*PRO HAC VICE (PENDING)*
CLARK HILL PLC
One Commerce Square
2005 Market St, Suite 1000
Philadelphia, PA 19103
Tel: (215) 640-8536 Fax: (215) 640-8501
Email: jneedleman@clarkhill.com