UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FORSTER & GARBUS, LLP,<br><br>　　　　　Defendant. | **Civil Action No.**<br>2:19-cv-02928-SFJ-ARL<br><br>**JOINT PRE-CONFERENCE STATUS REPORT** |

　　　　In preparation for the Court's September 23, 2019 Initial Conference in *Bureau of Consumer Financial Protection v. Forster & Garbus, LLP*, the parties have exchanged written settlement communications, but have not yet settled this matter. The Bureau attorneys appearing before the Court during the Initial Conference will have settlement parameters authorized by the Bureau's Director, and Bureau management will be available by phone. Forster & Garbus will be available by phone if authority is needed to settle the matter.

　　　　The parties have a Rule 26(f) conference scheduled for September 17, 2019.

Dated: September 13, 2019　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/Alanna B. Carbis
　　　　　　　　　　　　　　　　ALANNA B. CARBIS (admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　　*Enforcement Attorney*
　　　　　　　　　　　　　　　　Bureau of Consumer Financial Protection

1700 G Street, NW
Washington, DC 20552
Telephone: 415-645-6615
Facsimile: 202-435-5477
E-mail: Alanna.Carbis@cfpb.gov

*The filer, Alanna B. Carbis, attests that the other signatory listed, on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.*


  /s/ Joann Needleman
JOANN NEEDLEMAN (admitted *Pro Hac Vice*)
CLARK HILL PLC
Two Commerce Square
2001 Market St, Suite 2620
Philadelphia, PA 19103
Tel: (215) 640-8536
Fax: (215) 640-8501
Email: jneedleman@clarkhill.com

2