# CIVIL CAUSE FOR INITIAL CONFERENCE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 15 2019 ★

LONG ISLAND OFFICE

**BEFORE:** JUDGE FEUERSTEIN

**DATE:** October 15, 2019     **TIME:** 30 minutes

**CASE NUMBER:** 2:19-cv-02928-SJF-ARL

**CASE TITLE:** Bureau of Consumer Financial Protection v. Forster & Garbus, LLP

**PLTFFS ATTY:**   Alana Karbis, Kristen Batemen and Hai-Bink NGyen
           _X_ present          ___ not present

**DEFTS ATTY:**   Joan Needleman
           _X_ present          ___ not present

**COURT REPORTER:**   **COURTROOM DEPUTY:** BMM

**OTHER:** _____

_X_   CASE CALLED.

___   DECISION:   ORDER(S) SIGNED / ENTERED ON THE RECORD / RESERVED.

**OTHER:.** Case is closed with leave to restore on ten (10) days notice in no event later than 4/22/2020.