1700 G Street, NW
Washington, DC 20552



January 29, 2020

**Via CM/ECF**

Hon. Sandra J. Feuerstein
United States District Court for the Eastern District of New York
Central Islip Courthouse
100 Federal Plaza
Courtroom 1010
Central Islip, NY 11722

    Re: *Bureau of Consumer Financial Protection v. Forster & Garbus, LLP,*
        No. 2:19-cv-02928-SJF-ARL

Dear Judge Feuerstein:

    In response to the January 27, 2020 letter to this Court from Defendant Forster & Garbus, LLP, Plaintiff refers the Court to Exhibit B to that letter for its position that it has acted appropriately in conducting informal fact-gathering during the pendency of this matter's administrative closure. Plaintiff does not believe that a Rule 16 conference is necessary to address this issue.

        Respectfully submitted,

        /s/ Alanna B. Carbis
        Alanna B. Carbis
        *Senior Litigation Counsel*
        Bureau of Consumer Financial Protection
        1700 G Street, NW
        Washington, DC 20552
        Tel: (415) 645-6615
        Fax: (415) 844-9788
        Alanna.Carbis@cfpb.gov

cc: counsel for the Defendant (via ECF)