# CLARK HILL

Joann Needleman
T 215-640-8536
F 215.640.8501
Email: jneedleman@clarkhill.com
Bio: www.clarkhill.com/people/joann-needleman
.

Clark Hill PLC
Two Commerce Square
2001 Market Street
Suite 2620
Philadelphia, PA 19103-7041
T  215.640.8500
F  215.640.8501

**clarkhill.com**

July 9, 2020

**(VIA ECF)**
Honorable Sandra J. Feuerstein, U.S.D.J.
The United States District Court
  for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

> **Re:**   **Bureau of Consumer Financial Protection v. Forster & Garbus, LLP**
> **U.S.D.C. Case No. 2:19-cv-02928-SJF-ARL**

Dear Judge Feuerstein:

This letter serves a supplement to the Defendant's, Forster & Garbus. LLP ("F&G") letter to the court filed yesterday. (ECF No. 30)

This afternoon the United States Supreme Court granted certiorari in the case of *Collins v. Mnuchin*, 938 F.3d 553 (5th Cir. 2019) on the following questions:

> (1) Whether the Federal Housing Finance Agency's structure violates the separation of powers; and
>
> (2) whether the court **must set aside a final agency action that FHFA took when it was unconstitutionally structured** and strike down the statutory provisions that make FHFA independent. [Emphasis added].

F&G reiterates its position that the parties be able to brief their respective positions with regard to whether this case should be re-opened as well as allow briefing on the issue of a stay of proceedings pending a decision by the Supreme Court with regard to the appropriate remedy in light of the constitutional violations.

Thank you for your attention to this matter

**Hon. Sandra J. Feuerstein, U.S.D.J.**
Page 2

Very Truly Yours,
**CLARK HILL, PLC**

Joann Needleman, Esq.
Steve M. Richman, Esq.
Bradford Hughes. Esq.

/JN
Enc.
Cc:     Alanna B. Carbis, Esq.
        Barry E. Reiferson, Esq.
        Hai Binh Nguyen, Esq.
        Kristin Batemen, Esq.
        Lane C. Powell, Esq.

223058059
ClarkHill\58331\388042\260158681.v1-7/9/20